JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA REGANYAN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMENITY BANK,<br><br>　　　　　　　　Defendants. | CASE NO. 2:15-CV-9673-JFW (FFMx)<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: December 16, 2016<br>Trial Date:　　　None<br>Judge:　　　　　Hon. John F. Walter |

1 | The Court, having considered the Joint Stipulation for Dismissal pursuant to
2 | Federal Rule of Civil Procedure 41(a)(1)(A)(i) jointly filed by the parties, finds
3 | that this action shall be dismissed with prejudice, in its entirety. Each party is to
4 | bear her or its own costs, experts' fees, and attorneys' fees.

5 | **IT IS SO ORDERED.**

7 | Dated: February 22, 2016       _____
                                       Honorable John F. Walters

-1-

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**